O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATARI D. MARTIN,<br><br>                Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                Defendant. | CASE NO. CV 13-00962 RZ<br><br>JUDGMENT |

        In accordance with the Memorandum Opinion and Order filed concurrently herewith,

        IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

        DATED: January 13, 2014

                                          */s/ Ralph Zarefsky*
                                          RALPH ZAREFSKY
                                    UNITED STATES MAGISTRATE JUDGE